UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

## NOTICE OF DEFICIENT FILING

Jinel Sexton, #419751
Dixon Correction Institution
P. O. Box 788
Jackson, LA 70748

**SUBJECT**: CV 24-1506 "I"(1), Sexton v. Bickham

**DATE OF ISSUANCE**: 6/12/2024

**Your 2254 Writ of Habeas Corpus has been received but is deficient as noted below:**

The clerk is not required to file any document or render any service for which a fee is legally collectible unless the fee for the service has been paid in advance.  The plaintiff has 21 days from the date of this notice to submit $5.00 for the cost of filing a habeas corpus petition.  If the plaintiff cannot afford the filing fee, the plaintiff must ask the Court to proceed as a pauper. A form for this purpose is attached. **\***

**Please submit the filing fee or return the completed form within 21 calendar days from the date of this letter.**

*\* If you are incarcerated and are applying for pauper status, you must submit a certified copy of your current trust fund account statement preceding the filing of the habeas corpus from the appropriate official where you are presently confined.  The required certification is on the form being provided to you.*

**If you have been instructed to provide additional information, please act immediately, and provide the required documents within the time frame indicated above; otherwise, a judicial officer will be notified of your failure to comply.**

                                                Carol L. Michel
                                                Clerk of the Court


                                        By: *A. Johnson*
                                              Deputy Clerk

**ATTACHMENTS:**

**Mail Response to:**
Clerk, U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA  70130

Rev. 5/23/2022