UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JINEL SEXTON,** | * | **CIVIL ACTION** |
|     **PETITIONER** | * | |
| | * | |
| **VERSUS** | * | **NO. 24-cv-1506** |
| | * | |
| **EDWARD BICKHAM, WARDEN** | * | **SECTION "I" (1)** |
|     **RESPONDENT** | * | |

**ORDER**

Considering Respondent's *Motion for Extension of Time*;

IT IS HEREBY ORDERED that the Respondent's motion be GRANTED and that the Respondent be given an additional twenty-one (21) days or until August 31, 2024, to produce the state court record and file a response in the above-captioned case.

New Orleans, Louisiana, this _____ day of _____, 2024.

_____
MAGISTRATE JUDGE