**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **JINEL SEXTON,** | * | **CIVIL ACTION** |
| **PETITIONER** | * | |
| | * | |
| **VERSUS** | * | **NO. 24-1506** |
| | * | |
| **EDWARD BICKHAM, WARDEN** | * | **SECTION "I" (1)** |
| **RESPONDENT** | * | |

**ORDER**

Considering Respondent's *Motion for Extension of Time*;

**IT IS HEREBY ORDERED** that the Respondent's motion be **GRANTED** and that the Respondent be given until September 3, 2024, to produce the state court record and file a response in the above-captioned case.

New Orleans, Louisiana, this _____12th_____ day of August, 2024.


UNITED STATES MAGISTRATE JUDGE