UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JINEL SEXTON,** | * | CIVIL ACTION |
| **PETITIONER** | * | |
| | * | |
| **VERSUS** | * | NO. 24-cv-1506 |
| | * | |
| **EDWARD BICKHAM, WARDEN** | * | SECTION "I" (1) |
| **RESPONDENT** | * | |

**RESPONDENT'S SECOND MOTION FOR EXTENSION OF TIME**

NOW INTO COURT, through undersigned counsel, comes Edward Bickham, respondent herein, who respectfully requests an additional twenty-one days in which to file its response in the above-captioned matter pursuant to F.R.C.P. Rule 6(b)(1)(A).

In support thereof, the respondent submits:

1. The respondent's answer to the petitioner's *habeas corpus* petition, and a certified copy of the state court record, is currently due on September 3, 2024 (Rec. Doc. 10).

2. Since this Court ordered the respondent to answer the petition, the undersigned has:

    a. answered five applications for post-conviction relief in the 22nd Judicial District Court;[1]

    b. filed four appellate briefs, three writ applications, and one court-ordered writ opposition with the Louisiana First Circuit Court of Appeal;[2] and

---

[1] *State v. Harold Gordon*, 274001; *State v. Jeanie Hano*, 274001; *State v. Douglas Jamison*, 364872-1; *State v. Aaron Pittman*, 92-CR1-52115; *State v. Lloyd Weysham*, 592144.

   c. filed one writ application and one merits brief with the Louisiana Supreme Court.[3]

3. In light of counsel's present workload and the volume of materials that counsel must review in order to properly respond to the habeas petition, the undersigned submits that there is good cause for a thirty-day extension of time in which to answer the habeas corpus petition.

WHEREFORE, Respondent prays that it be granted an additional thirty days, or until October 3, 2024, to answer Jinel Sexton's *habeas corpus* petition and to produce the state court record in the above-captioned matter.

               Respectfully submitted,

               /s/ Matthew Caplan
               Matthew Caplan
               La. Bar No. 31650
               Assistant District Attorney
               22nd Judicial District
               Covington, LA 70433

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon petitioner by mailing a copy, postage pre-paid, to:

  Jinel Sexton, # 419751
  Dixon Correctional Institute
  5568 Highway 68
  Jackson, LA 70748

This 30th day of August, 2024, Covington, Louisiana.

               /s/ Matthew Caplan
               Matthew Caplan
               Assistant District Attorney

---

2 *State v. Ricardo McGowan*, 2024-KA-0402; *State v. Quanterrius McNeal*, 2024-KA-0528; *Timothy Spicer*, 2024-KA-0482; *State v. Jermaine Augustine*, 2024-KA-0420; *State v. James Dudley*, 2024-KW-0756; *State v. Akeam Darensburg*, 2024-KW-0752; *State v. Jose Moreno*, 2024-KW-0779; *State v. Freddie McGowan*, 2024-KW-0631.

3 *State v. Lawrence Burt*, 2024-KK-1072; *State v. Frederick Mangrum*, 2023-KO-1609.