## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JINEL SEXTON,** | * | **CIVIL ACTION** |
| **PETITIONER** | * | |
| | * | |
| **VERSUS** | * | **NO. 24-cv-1506** |
| | * | |
| **EDWARD BICKHAM, WARDEN** | * | **SECTION "I" (1)** |
| **RESPONDENT** | * | |

### ORDER

Considering Respondent's *Second Motion for Extension of Time*;

IT IS HEREBY ORDERED that the Respondent's motion be GRANTED and that the

Respondent be given an additional thirty (30) days or until October 3, 2024, to produce the state

court record and file a response in the above-captioned case.

New Orleans, Louisiana, this ____ day of _____, 2024.

_____

MAGISTRATE JUDGE