UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JINEL SEXTON,** \* | | **CIVIL ACTION** |
|     **PETITIONER** \* | | |
| \* | | |
| **VERSUS** \* | | **NO. 24-cv-1506** |
| \* | | |
| **EDWARD BICKHAM, WARDEN** \* | | **SECTION "I" (1)** |
|     **RESPONDENT** \* | | |

**ORDER**

Considering Respondent's *Second Motion for Extension of Time*;

IT IS HEREBY ORDERED that the Respondent's motion be GRANTED and that the Respondent be given an additional thirty (30) days or until October 3, 2024, to produce the state court record and file a response in the above-captioned case.

New Orleans, Louisiana, this 30th day of August, 2024.

_____
United States Magistrate Judge