## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JINEL SEXTON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 2:24-cv-01506-LMA** |
| **WARDEN EDWARD BICKHAM** | **SECTION "I"(1)** |

## ORDER TO ENROLL AS COUNSEL OF RECORD

CONSIDERING THE ABOVE AND FOREGOING MOTION:

IT IS ORDERED that the name of JAMES P. MANASSEH, attorney with the Law Firm of MANASSEH, GILL, KNIPE & BELANGER P.L.C., 8075 Jefferson Highway, Baton Rouge, Louisiana 70809, (225) 383-9703, be enrolled on the records of this cause as counsel for plaintiff.

New Orleans, Louisiana, this _____ day of _____, 2025.

_____
J U D G E