UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JINEL SEXTON**                                                           **CIVIL ACTION**

**VERSUS**                                                        **No. 24-1506**

**EDWARD BICKHAM, ET AL**                                 **SECTION I**

### ORDER

Upon consideration of plaintiff's motion[1] to enroll counsel of record,

**IT IS ORDERED** that the motion is **GRANTED.** James P. Manasseh is **ENROLLED** as counsel of record for plaintiff.

New Orleans, Louisiana, January 6, 2025.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 16.