UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JINEL SEXTON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-1506** |
| **WARDEN EDWARD BICKHAM** | **SECTION: "I"(1)** |

# O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections by plaintiff, Jinel Sexton, which are hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Jinel Sexton is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 14th day of January, 2025.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**