# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JINEL SEXTON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-1506** |
| **WARDEN EDWARD BICKHAM** | **SECTION: "I"(1)** |

## J U D G M E N T

The Court, having considered the petition, the record, the applicable law and for the written reasons assigned;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the federal application for habeas corpus relief filed by Jinel Sexton is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 14th day of January, 2025.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**