UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JINEL SEXTON**                                                                                          **CIVIL ACTION**

**VERSUS**                                                                                                   **NO. 24-1506**

**WARDEN EDWARD BICKHAM**                                                               **SECTION: "I"(1)**

### CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the above-captioned proceeding, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

_____   a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____
_____

\_\_\_X\_\_\_   a certificate of appealability shall not be issued for the following reason(s):

For the reasons expressed in the U.S. Magistrate Judge's report and recommendations denying the petitioner relief, the petitioner has failed to make a substantial showing of the denial of a constitutional right.

New Orleans, Louisiana, January 15, 2025.

_____
**UNITED STATES DISTRICT JUDGE**