UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**JINEL SEXTON**

**VERSUS**

**WARDEN EDWARD BICKHAM**

**CIVIL ACTION**

**NO.  2:24-cv-01506-LMA**

**SECTION "I"(1)**

## MOTION TO ENROLL AS COUNSEL OF RECORD

NOW INTO COURT, comes BROOKE D. ALEXANDER, attorney with the Law Firm of MANASSEH, GILL, KNIPE & BÉLANGER, P.L.C., who represents to this Honorable Court that Brooke D. Alexander was hired to represent plaintiff herein, JINEL SEXTON, in the above entitled and numbered cause and requests she be enrolled on the records of this cause as counsel for said plaintiff.

Respectfully Submitted:

**MANASSEH, GILL, KNIPE & BÉLANGER, P.L.C.**

/s/ Brooke D. Alexander
BROOKE D. ALEXANDER
Louisiana Bar No. 38720
Attorney for Defendant
8075 Jefferson Highway
Baton Rouge, LA 70809
(225) 383-9703 (Telephone)
(225) 383-9704 (Facsimile)
Email: brooke@manassehandgill.com

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**JINEL SEXTON**

**VERSUS**

**WARDEN EDWARD BICKHAM**

**CIVIL ACTION**

**NO.  2:24-cv-01506-LMA**

**SECTION "I"(1)**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I filed the foregoing MOTION TO ENROLL AS COUNSEL OF RECORD with the Clerk of Court by using the CM/ECF which will send a notice of electronic filing to opposing counsel.

Baton Rouge, Louisiana this 20th day of December, 2024.

/s/ Brooke D. Alexander
BROOKE D. ALEXANDER