UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JINEL SEXTON**                                                                 **CIVIL ACTION**

**VERSUS**                                                                              **No. 24-1506**

**EDWARD BICKHAM, ET AL**                                            **SECTION I**

## ORDER

Upon consideration of plaintiff's motion[1] to enroll additional counsel of record,

**IT IS ORDERED** that the motion is **GRANTED.** Brooke D. Alexander is hereby **ENROLLED** as additional counsel of record for plaintiff.

New Orleans, Louisiana, February 3, 2025.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 23.