**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JINEL SEXTON** | **CIVIL ACTION** |
| **VERSUS** | |
| | **NO. 2:24-cv-01506-LMA** |
| **WARDEN EDWARD BICKHAM** | |
| | **SECTION "I"(1)** |

**NOTICE OF INTENT TO APPEAL**

    NOW INTO COURT, comes BROOKE D. ALEXANDER, attorney with the Law Firm of MANASSEH, GILL, KNIPE & BÉLANGER, P.L.C., who represents to this Honorable Court that she represent plaintiff herein, JINEL SEXTON, in the above entitled and numbered cause. Mr. Sexton gives notice of his intent to appeal to the United States Cour of Appeals for the Fifth Circuit from the final judgment in the above captioned case rendered on January 14, 2025, dismissing the case with prejudice.

    This notice is timely filed pursuant to Federal Rules of Appellate Procedure, Rule 4(a), which requires that a notice of intent to appeal be filed with the Court withing thirty days from the date of entry of the judgment appealed from.

    Respectfully Submitted:

    **MANASSEH, GILL, KNIPE & BÉLANGER, P.L.C.**

    /s/ Brooke D. Alexander
    BROOKE D. ALEXANDER
    Louisiana Bar No. 38720
    Attorney for Defendant
    8075 Jefferson Highway
    Baton Rouge, LA 70809
    (225) 383-9703 (Telephone)
    (225) 383-9704 (Facsimile)
    Email: brooke@manassehandgill.com

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JINEL SEXTON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 2:24-cv-01506-LMA** |
| **WARDEN EDWARD BICKHAM** | |

**SECTION "I"(1)**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I filed the foregoing NOTICE OF INTENT TO APPEAL with the Clerk of Court by using the CM/ECF which will send a notice of electronic filing to opposing counsel.

Baton Rouge, Louisiana this 4th day of February, 2025.

/s/ Brooke D. Alexander
BROOKE D. ALEXANDER