# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 20, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-30062   Sexton v. Bickham
                  USDC No. 2:24-CV-1506

Enclosed is an order entered in this case.


                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Amanda M. Duroncelet, Deputy Clerk

Mrs. Brooke Delaune Alexander
Mr. Matthew B. Caplan
Ms. Carol L. Michel